IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

HENRY BROWN,

    Plaintiff,

v.   CASE NO. 1:05-cv-00136-MP-AK

MICHAEL J ASTRUE,
JO ANNE B BARNHART,

    Defendants.

_____/

## O R D E R

This matter is before the Court on Doc. 18, Report and Recommendation of the Magistrate Judge, recommending that the decision of the Commissioner denying benefits be affirmed. The parties have been furnished a copy of the report and recommendation and have been afforded an opportunity to file objections. Pursuant to Title 28, United States Code, Section 636(b)(1); however, no objections were filed, and the time for doing so has passed.

The Court agrees that substantial evidence existed to find that the claimant's complaints of pain did not comport with the objective medical evidence. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. The Decision of the Commissioner, denying benefits, is affirmed.

**DONE AND ORDERED** this *28th* day of February, 2008

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge.